UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| NATALIE KARIL GOUDY,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | 4:17-CV-04171-KES<br><br><br>JUDGMENT |

Pursuant to the Memorandum Opinion and Order Affirming the Decision of the Commissioner, it is

ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of defendant, Nancy A. Berryhill, Acting Commissioner of Social Security Administration, and against plaintiff, Natalie Karil Goudy.

Dated November 26, 2018.

        BY THE COURT:

        /s/ *Karen E. Schreier*
        KAREN E. SCHREIER
        UNITED STATES DISTRICT JUDGE